ZORAIDA WILLIAMS, EMPLOYEE v. LAW COMPANIES GROUP, INC., EMPLOYER, ZURICH, CARRIER

No. 52A08

(Filed 10 October 2008)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 188 N.C. App. 235, 654 S.E.2d 725 (2008), reversing and remanding an opinion and award entered by the North Carolina Industrial Commission on 19 July 2006. Heard in the Supreme Court 10 September 2008.

*Scudder & Hedrick, PLLC, by Samuel A. Scudder, for plaintiff-appellant.*

*Lewis & Roberts, P.L.L.C., by Richard M. Lewis and Paul C. McCoy, for defendant-appellees.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed. This case is remanded to the Court of Appeals for further remand to the Industrial Commission to make findings of fact regarding whether plaintiff's current disability was caused by the 21 September 2000 accident without consideration of the broken rod in plaintiff's femur.

REVERSED AND REMANDED.

Justice Hudson did not participate in the consideration or decision of this case.